J. Paul Gignac, Cal. Bar No. 125676
JPG LAWAPC
15 W. Carrillo Street, Suite 246
Santa Barbara, California 93101
Telephone: (805) 683-7400
Facsimile: (805) 962-0722
jpg@foleybezek.com

Bobby Saadian, Cal. Bar No. 250377
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
bobby@wilshirelawfirm.com

*Attorneys for Plaintiff*

*So ordered.
This action is
hereby terminated.
/s/ KBF
USDJ
8/2/18*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTRANIK MEKERDIJIAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SAKS FIFTH AVENUE LLC, a New York Limited Liability Company; LORD & TAYLOR LLC; HUDSON'S BAY COMPANY, a foreign corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-05844-UA <br><br> Hon. Katherine B. Forrest <br><br> **NOTICE OF DISMISSAL OF ACTION** <br><br> [Fed.R.Civ.P. 41(a)(1)(A)(i)] |

**PLEASE TAKE NOTICE THAT:**

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, plaintiff Antranik Mekerdijian hereby dismisses his claims against all defendants in this action.

No defendant has filed an answer or motion for summary judgment in this action, and no class has been certified in this action.

Dated: July 5, 2018                                             WILSHIRE LAW FIRM

/s/ *Bobby Saadian*
Bobby Saadian
Attorneys for Plaintiff Tim Dupler